UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CITY FURNITURE, INC., a Florida
corporation

        Plaintiff,

v.                                                  Case No:  2:15-cv-748-FtM-99CM

SCOTT A. CHAPPELLE,

        Defendant.
_____/

## **NOTICE**[1]

    This matter comes before the Court on review of the file.  In the Case Management Report, the parties noted that they would likely consent to the reference of this case to the United States magistrate judge.  (Doc. #28 at 2).  Since then, the parties reached impasse at mediation (Doc. #42) and discovery closed (Doc. #41).  Consequently, this Notice follows up on the parties' indication of possible consent to the magistrate judge.

    To assist the federal courts in coping with dramatically increased caseload, Congress authorized the reference to a magistrate judge of any or all of the proceedings in a civil case upon consent of all parties.  *See* 28 U.S.C. § 636.  Because of the heavy caseload in the Middle District of Florida, district judges refer cases to their able and experienced magistrate judges, who are generally able to schedule early and firm trial

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

dates in accordance with the needs of the parties.[2]  However, the decision to consent is entirely the parties' decision, and any party may withhold consent without any adverse consequences.

Accordingly, if the parties wish to consent to the assigned United States Magistrate Judge in this case, the Court requests that they file the "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge" form found its website on or before **September 27, 2016**.

**DONE and NOTICED** in Fort Myers, Florida on this 13th day of September 2016.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

---

[2] The undersigned is currently the only active district court judge in the Fort Myers division, and likely will be for the near future.  The undersigned's trial calendar is demanding rivaled only by its motions and case management obligations.